IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DERMAIN DATORIO TERRY**                                                               **PLAINTIFF**
**ADC #163201**

v.                              **CASE NO. 4:23-cv-00722-BSM**

**MIKE KNODEL, et al.**                                                                  **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 7] is adopted. Dermain Terry's amended complaint [Doc. No. 6] is dismissed without prejudice and this dismissal is considered a "strike" for purposes of 28 U.S.C. § 1915(g). An in forma pauperis appeal of this dismissal would not be taken in good faith.

IT IS SO ORDERED this 26th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE