IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DERMAIN DATORIO TERRY**                                                         **PLAINTIFF**
**ADC #163201**

v.                            **CASE NO. 4:23-cv-00722-BSM**

**MIKE KNODEL, et al.**                                                                 **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 26th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE